**No. 09-10284. Kenneth Edward Barbour, Petitioner v. J. Durham, et al.**

560 U.S. 963, 130 S. Ct. 3423, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4728.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8.

**No. 09-10659. Yakov G. Drabovskiy, Petitioner v. J. P. Young, Warden.**

560 U.S. 963, 130 S. Ct. 3431, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4723.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

**No. 09M102. Bryan Noble, Petitioner v. United States.**

560 U.S. 963, 130 S. Ct. 3445, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4775.

June 14, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner denied.

**No. 09-9281. Nina Shahin, Petitioner v. Delaware, et al.**

560 U.S. 963, 130 S. Ct. 3445, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4932.

June 14, 2010. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 09-10203. Peter Paul Mitrano, Petitioner v. District of Columbia Bar.**

560 U.S. 96′4, 130 S. Ct. 3445, 177 L. Ed. 2d 322, 2010 U.S. LEXIS 4830.

June 14, 2010. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until July 6, 2010, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.